1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel: 831.458.0502
   Fax: 831.426.0159
4

5  Attorney for Melina Cortez-Samora

6

7                IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,      ) Case No. CR 10-00837 JF
                     Plaintiff,   )
12                                )
                                  )
13 v.                             )
                                  ) **STIPULATION AND [PROPOSED]**
14                                ) **ORDER CONTINUING STATUS**
                                  ) **CONFERENCE AND EXCLUDING TIME**
   MELINA CORTEZ-SAMORA,          ) **UNDER THE SPEEDY TRIAL ACT**
15                                )
                     Defendant.   )
16                                )

17
            Plaintiff United States of America, by and through Special Assistant United States
18
   Attorney, Suzanne DeBerry, and defendant Melina Cortez-Samora, by and through her attorney
19
   Michelle D. Spencer, hereby agree and stipulate with good cause appearing therefor that the status
20
   hearing currently scheduled for Thursday, January 27, 2011 be vacated and continued to February 24,
21
   2011 at 9:00 a.m.  The parties further stipulate that the Court may exclude the period of time from
22
   January 27, 2011 through and including February 24, 2011 from the computation of the period of time
23
   within which the trial must commence for the reasons set forth in the proposed order below.
24
   It is so stipulated.
25

26

   Stipulation & Proposed Order            - 1 -

MELINDA HAAG
United States Attorney

Date: January 25, 2011

/s/
SUZANNE DEBERRY
Special Assistant United States Attorney

Date: January 25, 2011

/s/
MICHELLE D. SPENCER
Attorney for Melina Cortez-Samora

[PROPOSED] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor, it is hereby ordered that the status conference set for January 27, 2011 at 9:00 a.m. shall be continued to February 24, 2011 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h), the Court excludes the period of time from January 27, 2011 through and including February 24, 2011 from the computation of the period of time within which the trial must commence. The Court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The Court bases this finding on the need for continuity of counsel and effective preparation within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Date: 1/27/11

HON. JEREMY FOGEL
United States District Judge

Stipulation & Proposed Order                - 2 -