MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax: 831.426.0159

Attorney for Melina Cortez-Samora

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>MELINA CORTEZ-SAMORA,<br>　　　　　　　Defendant. | Case No. CR 10-00837 JF<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME<br>UNDER THE SPEEDY TRIAL ACT** |

Plaintiff United States of America, by and through Special Assistant United States Attorney, Suzanne DeBerry, and defendant Melina Cortez-Samora, by and through her attorney Michelle D. Spencer, hereby agree and stipulate with good cause appearing therefor that the status hearing currently scheduled for Thursday, March 3, 2011 at 9:00 a.m. be vacated and continued to April 14, 2011 at 9:00 a.m.   The defense requires additional time to investigate an issue regarding defendant's reasons for entering the United States.  The parties further request that the Court exclude the period of time from March 3, 2011 through and including April 14, 2011 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

Stipulation & Proposed Order　　　　　　　- 1 -

1  It is so stipulated.

2

3                                           MELINDA HAAG

4                                           United States Attorney

5  Date: March 2, 2011

6                                           _____/s/_____
                                            SUZANNE DEBERRY
                                            Special Assistant United States Attorney

7

8  Date: March 2, 2011

9                                           _____/s/_____
                                            MICHELLE D. SPENCER
10                                          Attorney for Melina Cortez-Samora

11

12                          [PROPOSED] ORDER

13      Based upon the foregoing Stipulation, and good cause appearing therefor, it is hereby ordered

14  that the status conference set for March 3, 2011 at 9:00 a.m. shall be continued to April 14, 2011 at

15  9:00 a.m.

16      Pursuant to Title 18, United States Code, Section 3161(h), the Court excludes the period of

17  time from March 3, 2011 through and including April 14, 2011 from the computation of the period of

18  time within which the trial must commence. The Court finds that the ends of justice served by the

19  delay outweigh the best interest of the public and the defendant in a speedy trial. The Court bases this

20  finding on the need for continuity of counsel and effective preparation within the meaning of 18

21  U.S.C. § 3161(h)(7)(B)(iv).

22      IT IS SO ORDERED.

23

24  Date: 3/4/11                            _____
                                            HON. JEREMY FOGEL
25                                          United States District Judge

26

Stipulation & Proposed Order            - 2 -